UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:03-CR-50-1H
Civil No. 4:20-CV-116-H

JAMES L. MURPHY,                    )
                                    )
            Petitioner,             )
                                    )
      v.                            )              ORDER
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Respondent.             )


      Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.


      SO ORDERED.  This 25th day of June 2020.


                                    _____
                                    MALCOLM J. HOWARD
                                    SENIOR UNITED STATES DISTRICT JUDGE